

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2021

41 Flatbush Avenue, 1st Floor, Brooklyn, New York 11217  Glevyfirm@gmail.com  (516) 287-3458

July 13, 2021

VIA ECF
Hon. Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  GOMEZ V. TRA DI NOI, CORP., et al.
**Docket 1:21-cv-03122-AT**

Dear Judge Torres:

This firm represents plaintiff, Alexander Gomez, in the above referenced matter. The Parties submit this correspondence jointly to inform the Court that they are working diligently towards a potential resolution of this matter. While a resolution has not yet been reached, they are hopeful that they will be able to reach one soon. In order to continue their efforts, and in advance of the upcoming conference scheduled before Your Honor on July 22, 2021, we request that conference be adjourned and the same of this matter be continued for another 30 days to August 22, 2021, or a comparable date which better suits the Court's calendar.

Thank you for your attention to this matter.

Sincerely,

Gabriel Levy, Esq.

CC: All Parties Via ECF

DENIED.

SO ORDERED.

Dated: July 14, 2021
       New York, New York

ANALISA TORRES
United States District Judge